# RECONSIDERATION DOCKET

**98–554.    State v. Blackwell.**
Franklin App. No. 96APA03–348.    Reported at 82 Ohio St.3d 1430, 694 N.E.2d 980.    On motion for reconsideration.    Motion denied.

**98–702.    State ex rel. Forsyth v. Brigner.**
In Mandamus.    Reported at 82 Ohio St.3d 1429, 694 N.E.2d 979.    On motion for reconsideration.    Motion denied.